IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CHRISTOPHER OCHOA<br>Plaintiff | §<br>§<br>§ | |
| V. | §<br>§ | CASE NO. A02CA710-JN |
| CITY OF AUSTIN; CHIEF JAMES EVERETT, in his individual capacity and official capacities; CAPT. BRUCE MILLS, in his individual capacity and official capacities, SGT. BRUCE BOARDMAN, in his individual capacity and official capacities; SGT. HECTOR POLANO, in his individual capacity and official capacities ESTATE of SGT. EDWARD BALAGIA, in his individual capacity and official capacities; and JOHN DOES 1-20, supervisory and other officer of the Austin Police Department, in their individual and official capacities | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## ORDER GRANTING PLAINTIFF'S AGREED MOTION TO DISMISS

The Court, having considered the above referenced Agreed Motion to Dismiss is of the opinion that said Motion shall be GRANTED.

Therefore, it is ordered that Plaintiff's Agreed Motion to Dismiss is in all things GRANTED and all defendants are dismissed with prejudice in the above-entitled and numbered cause. The Court further orders that all costs of court be taxed against the party that incurred them.

Signed this 16TH day of DEC, 2003.

HONORABLE JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE

